AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DEMETRIUS HUFF, individually and
on behalf of all others similarly situated,

CASE NUMBER: 19-cv-5351

V.

ASSIGNED JUDGE: Honorable Marvin E. Aspen

SYNCHRONY FINANCIAL and
DOES 1-10.

DESIGNATED
MAGISTRATE JUDGE: Honorable Sheila Finnegan

TO: (Name and address of Defendant)

Synchrony Financial
c/o Registered Agent
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Levin
Law Offices of Todd M. Friedman, P.C.
333 Skokie Blvd., Suite 103
Northbrook, IL 60062

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



August 8, 2019

DATE

# AFFIDAVIT OF SERVICE

Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case No.: 1:19-CV-05351

Plaintiff: Demetrius Huff, individually and on behalf of all other similarly situated
vs.
Defendant: Synchrony Financial, et al.

I, __McKenna Touey__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _Delaware_.

Type of Process: Summons in a Civil Case and Class Action Complaint

Defendant to be served: Synchrony Financial, c/o The Corporation Trust Company, Registered Agent

Address where attempted or served: Corporation Trust Center, 1209 North Orange Street, Wilmington, DE 19801

On _8/9/2019_ at _2:10 PM_, I (x) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☒ CORPORATE SERVICE: By leaving a copy of this process with _Amy McLaren_
(Title) _Managing Agent_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship) _____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2019.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):

Description of person process was left with:

Sex: _F_ Race: _White_ Hair: _Brown_ Approx. Age: _35_ Height: _5'6"_ Weight: _135 lb_

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of _Delaware_

County of _New Castle_

X _____
McKenna Touey 8/12/19
(Print Name)

Subscribed and Sworn to before me on this _12_ day of _August_, 20_19_.

Signature of Notary Public

[Notary seal: KIMBERLY J. RYAN, COMMISSION EXPIRES APRIL 29, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

Job: 508338
File:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-5351

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Synchrony Financial was received by me on *(date)* Aug 9, 2019

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amy McLaren, Managing Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Synchrony Financial on *(date)* Fri, Aug 09 2019 at 2:10 p.m. at Corporation Trust Company, 1209 Orange St., Wilmington DE 19801 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: August 12, 2019

*Server's signature*

McKenna Touey, Process Server

*Printed name and title*

3516 Silverside Road, Unit 16, Wilmington, DE 19810

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Case: and Class Action Complaint